Charles M. Peabody and Others, as Committee of the Property of William H. Peabody, an Incompetent Person, Respondents, v. Richard Realty Company and National Surety Company, Appellants.— Judgment and order affirmed, with costs. All concurred.